## No. 3210.

### JOSEPH BRUIN v. W. M. SASSER.

It is the settled jurisprudence of this court that there is no authority for rendering a judgment against the defendant in a suit on a promissory note given for the purchase of a slave, guaranteed to be such for life, but subsequently set free by the Government of the United States.

APPEAL from the Ninth Judicial District Court, parish of Rapides. *Lewis*, J. *Hyams & Jonas* and *Manning*, for plaintiff and appellee. *A. N, Ogden, Ryan & White*, for defendant and appellant.

Justices concurring: Luduling, Taliaferro, Howell, Morgan.

MORGAN, J. This case comes up on the following statement of facts:

"The note herein sued upon was given to the plaintiff, Joseph Bruin, by the defendant, Sasser, being the balance due on a slave for life, guaranteed to be such by the said plaintiff, in the act of sale passed before a notary public in the city of New Orleans, Louisiana, at the time the note is dated.

" The slave was a mechanic, and defendant paid the plaintiff $1600 cash, and gave besides the note herein sued upon, at the time of the purchase.

" The slave so purchased, remained in possession of the defendant until he was emancipated or set free by the Government, in 1864 or 1865."

Under the settled jurisprudence of this court, there is no authority for the judgment herein rendered against the defendant.

It is therefore ordered, adjudged and decreed that the judgment of the district court be avoided, annulled and reversed, and that there be judgment in favor of the defendant, the costs in both courts to be paid by plaintiff and appellee.

Wyly, J., being absent took no part in this decision.